USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL LEE,

                        Plaintiff,

          - against -

WARDEN CARTER, N.T.C./D.O.C./V.C.B.C.;
CAPTAIN GUERRA, N.T.C./D.O.C./V.C.B.C.;
CAPTAIN JOHN DOE, N.T.C./D.O.C./V.C.B.C.;
CAPTAIN HORTON, N.T.C./D.O.C./V.C.B.C.,

                        Defendants.
-------------------------------------------------------------X

21-CV-8629 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Clerk of Court is respectfully directed to mail a notice of change of address form to Plaintiff's new address (noted below) and to have copies of the returned orders and information package mailed to the new address as well.

                                       SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: November 17, 2021
         New York, New York

Copies transmitted this date to all counsel of record.

Michael Lee
21A2242
Downstate Correctional Facility Attn: Box F
121 Red Schoolhouse Road
P.O. Box 445
Fishkill, NY 12524