USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL LEE,                                           :
                                                       :          21-CV-8629 (PAE) (RWL)
                              Plaintiff,               :
                                                       :
              - against -                              :               ORDER
                                                       :
WARDEN CARTER, N.T.C./D.O.C./V.C.B.C.;  :
CAPTAIN GUERRA, N.T.C./D.O.C./V.C.B.C.;  :
CAPTAIN JOHN DOE, N.T.C./D.O.C./V.C.B.C.;:
CAPTAIN HORTON, N.T.C./D.O.C./V.C.B.C.,  :
                                                       :
                                                       :
                              Defendants.              :
                                                       :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**


        On March 17, 2022, Defendants filed a motion to dismiss, which has been referred

to me for report and recommendation.   Plaintiff shall file his opposition, if any, no later

than May 16, 2022.  Defendants shall file their reply, if any, no later than May 31, 2022.


                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE


Dated: April 14, 2022
       New York, New York


Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully
requested to mail a copy of this order to the pro se Plaintiff:

Michael Lee
21-A-2242
Downstate Correctional Facility
121 Red Schoolhouse Road
P.O. Box F

Fishkill, NY 12524