```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL LEE,                                               :
                                                           :      21-CV-8629 (PAE) (RWL)
                        Plaintiff,                         :
                                                           :
        - against -                                        :      ORDER
                                                           :
WARDEN CARTER, N.T.C./D.O.C./V.C.B.C.;                     :
CAPTAIN GUERRA, N.T.C./D.O.C./V.C.B.C.;                    :
CAPTAIN JOHN DOE, N.T.C./D.O.C./V.C.B.C.;                  :
CAPTAIN HORTON, N.T.C./D.O.C./V.C.B.C.,                    :
                                                           :
                        Defendants.                        :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The most recent court-mailing to Plaintiff (the Court's Order of March 17, 2022 at Dkt. 63) was returned as undeliverable. Accordingly, Defendant shall make a good faith effort to determine Plaintiff's current address, and, if identified, shall mail to Plaintiff both Dkt. 63 and the instant order. By **May 13, 2022**, Defendant shall file either (1) proof of service to Plaintiff's current address, or (2) a statement that despite Defendant's good faith efforts, Plaintiff's current address could not be identified. The deadline for Plaintiff to file a response to Defendant's motion to dismiss (see Dkt. 59-60) is *sua sponte* extended to **June 13, 2022**. Defendant shall file any reply by **June 30, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 28, 2022
       New York, New York