USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL LEE,

                Plaintiff,

        - against -

WARDEN CARTER, N.T.C./D.O.C./V.C.B.C.;
CAPTAIN GUERRA, N.T.C./D.O.C./V.C.B.C.;
CAPTAIN JOHN DOE, N.T.C./D.O.C./V.C.B.C.;
CAPTAIN HORTON, N.T.C./D.O.C./V.C.B.C.,

                Defendants.
-----------------------------------------------------------X

21-CV-8629 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Clerk of Court is respectfully directed to mail a notice of change of address form to Plaintiff's new address (noted below).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

Michael Lee
B&C No. 3492200774
Robert N. Davoren Complex
11-11 Hazen Street
East Elmhurst, NY 11370