**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL J. LEE,

                Plaintiff,                21 **CIVIL** 8629 (PAE)(RWL)

     -against-                  **JUDGMENT**

CARTER, et al.,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 12, 2022, the Court has adopted the Report's recommendation that the case be dismissed for failure to prosecute. For the foregoing reasons, the Court has dismissed without prejudice all claims in this matter for plaintiff's failure to prosecute; accordingly, this case is closed.

**Dated:**  New York, New York
           August 12, 2022

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                           **BY:**       *K. Mango*
                                                         **Deputy Clerk**